```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LUIS EDUARDO RODRIGUEZ CORDERO,        12 CV 1517 (KMW)
                                       S7 04 CR 1353 (KMW)
                Petitioner,

        -against-                      ORDER

UNITED STATES OF AMERICA,

                Respondent.

-----------------------------------------------------------x

WOOD, D.J.:

The Court has reconsidered its May 27, 2014 ruling re. Ms. Linda George's direct testimony.

The Court will accept Ms. George's November 14, 2012, Affidavit in Response to Petitioner's Motion for Relief Pursuant to 28 U.S.C. §2255 as her direct testimony at the upcoming June 2, 2014, hearing, in view of its voluminousness. Ms. George shall be present to be examined with respect to any relevant matter.

SO ORDERED.

DATED:  New York, NY
        May 29, 2014

                                       /s/ Kimba M. Wood
                                       _____
                                       KIMBA M. WOOD
                                       United States District Judge